■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRELL F. HINKLE, Appellant. [661 NYS2d 805] —Judgment unanimously affirmed (*see, People v West*, 239 AD2d 921 [decided herewith]). (Appeal from Judgment of Erie County Court, D'Amico, J.—Assault, 1st Degree.) Present—Green, J. P., Pine, Lawton, Boehm and Fallon, JJ.